IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| CHRISTINE DANIELS | § | CIVIL ACTION 5:09-cv-00753 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MICHAEL J. ASTRUE, | § | JUDGE STAGG |
| COMMISSIONER OF SOCIAL SECURITY, | § | MAGISTRATE JUDGE HORNSBY |
| Defendant. | § | |

**ORDER**

On this date came for consideration Defendant's Motion to Remand filed by the Commissioner of Social Security, and the Court being advised in the premises is of the opinion said Motion should be granted. It is therefore,

ORDERED that this cause be remanded pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

ORDERED that on remand, the Commissioner's Appeals Council will administratively remand for a *de novo* hearing before an ALJ, who will subsequently issue a decision.

SIGNED this  11  day of   May   , 2011.

U. S. MAGISTRATE JUDGE